IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JH STEVEDORING, INC. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 02-3571 |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL LONGSHOREMEN'S | : | |
| ASSOCIATION, LOCAL 1242-1 | : | |
| | : | |
| -and- | : | |
| | : | |
| JACK McCANN | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2002, upon consideration of plaintiff's voluntary Notice of Dismissal, it is hereby ORDERED that the above-captioned case is DISMISSED WITHOUT PREJUDICE.

_____
J.

KLRSPHI1: 169500.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JH STEVEDORING, INC. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 02-3571 |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL LONGSHOREMEN'S | : | |
| ASSOCIATION, LOCAL 1242-1 | : | |
| | : | |
| -and- | : | |
| | : | |
| JACK McCANN | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff JH Stevedoring, Inc. hereby voluntarily dismisses its claims against defendants International Longshoremen's Association, Local 1242-1 and Jack McCann, without prejudice.

Dated: June 17, 2002

_____
Robert S. Hawkins
George A. Voegele, Jr.
KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation
12th Floor, Two Logan Square
Philadelphia, PA 19103
(215) 576-7500

Attorneys for Plaintiff

KLRSPHI1: 169500.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2002, I caused to be served by facsimile, a true and correct copy of the foregoing Notice of Dismissal on defendants' counsel:

William H. Haller, Esquire
Freedman and Lorry, P.C.
400 Market Street
Philadelphia, PA 19106

_____
GEORGE A. VOEGELE, JR.

KLRSPHI1: 169500.1